NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONALD MERTON COLE,**
*Plaintiff-Appellant*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Defendant-Appellee*

---

2023-1857

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:23-cv-60666-BB, Judge Beth Bloom.

---

PER CURIAM.

### O R D E R

Donald Merton Cole brought this suit against the Department of the Treasury and Janet Yellen seeking $25,000,000,000 in damages relating to allegations of fraud, money laundering, and "International Terrorism." Compl. at 3. The district court dismissed as frivolous. Mr. Cole filed an appeal seeking review in this court. Because the case did not appear to fall within our jurisdiction, we directed the parties to show cause why this case should not be dismissed or transferred to another court.

This court's jurisdiction to review decisions of federal district courts is generally limited to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2).   Mr. Cole's complaint raises none of those types of claims.  Nor, after careful review of Mr. Cole's various filings, which raise no cognizable argument that the district court erred in dismissing his complaint, do we find it in the interest of justice to transfer this case to another court pursuant to 28 U.S.C. § 1631.  *See Britell v. United States*, 318 F.3d 70, 75 (1st Cir. 2003) ("[I]t is in the interest of justice to dismiss [a frivolous appeal] rather than to keep it on life support (with the inevitable result that the transferee court will pull the plug)." (citation omitted)).

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied.

(3)  Each side shall bear its own costs.

FOR THE COURT

October 18, 2023                          /s/ Jarrett B. Perlow
        Date                              Jarrett B. Perlow
                                          Clerk of Court